Morgan White, Esq.
Crowson Law Group
637 A Street
Anchorage, AK 99501
(907) 677-9393 Telephone
(907) 677-9310 Facsimile
Email: Morgan@crowsonlaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ANTOINETTE EDENSHAW, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES GOVERNMENT,<br><br>Defendant. | CASE NO. 3:22-cv-00021-JMK<br><br>COMPLAINT FOR CIVIL DAMAGES (Personal Injury) |

## COMPLAINT

COMES NOW, Plaintiff ANTOINETTE EDENSHAW by and through counsel Crowson Law Group, hereby files suit against THE UNITED STATES GOVERNMENT regarding the conduct of Nicole J. Sheperd, alleging as follows:

1. This action is brought pursuant to the Federal Tort Claims Act against Nicole J. Sheperd and The United States Government, which vests exclusive subject matter jurisdiction of the Federal Tort Claims Act in the Federal District Court.

2. Venue is proper in Alaska District Court, because the conduct giving rise to this

CROWSON
LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

850 S. ROBERTS ST.
SUITE #500
WASILLA, ALASKA
99654

Case 3:22-cv-00021-JMK   Document 1   Filed 02/02/22   Page 1 of 3

action took place in Kotzebue, Alaska.

3. This is an action for damages arising out of personal injuries sustained by Plaintiff ANTOINETTE EDENSHAW ("EDENSHAW") on or about February 24, 2020.

4. Plaintiff is informed and believes and therefore alleges that Defendant, THE UNITED STATES GOVERNEMENT and NICOLE J. SHEPERD ("SHEPERD"), an employee of the National Park Service, for all times mentioned herein, was a resident of Kotzebue, Alaska.

5. At all times herein mentioned, Defendant SHEPERD., while in the course and scope of work, was the driver of white Ford Explorer.

6. At all times herein mentioned, Plaintiff EDENSHAW was the driver of a 2017 Chevy Silverado.

7. On or about February 24, 2020, at approximately 3 PM, Plaintiff EDENSHAW was heading Northbound on Third Street passing through the intersection at Mission Street.

8. On or about February 24, 2020, at approximately 3 PM, Defendant SHEPERD was travelling Westbound on Mission Street.

9. On or about February 24, 2020, at approximately 3 PM, Defendant SHEPERD ran the stop sign and collided with Plaintiff's vehicle.

10. On the occasion in question, Defendant SHEPERD was negligent in the following particulars, among others, to-wit:

   a. Failure to exercise due care;
   b. Failure to give full time and attention;
   c. Failure to keep a proper lookout;
   d. Failure to stop at stop sign;

CROWSON LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

850 S. ROBERTS ST.
SUITE #500
WASILLA, ALASKA
99654

e. Negligent driving.

11. The collision referenced above was due to the negligence of Defendant SHEPERD.

12. As a direct and proximate result of the collision described above, Plaintiff EDENSHAW sustained injuries; incurred medical bills and expenses; and endured pain and suffering.

13. The injuries, grievances and damages as alleged were caused by the carelessness and negligence of Defendant SHEPERD.

WHEREFORE, Plaintiff EDENSHAW prays for judgment against THE UNITED STATES GOVERNMENT as follows:

1. For compensatory damages for pain, suffering, and other non-economic loss, and medical and incidental expenses in an amount to be determined by the trier of fact;

2. For attorneys' fees and costs of this action as provided by law and court rule;

3. For prejudgment interest authorized by law; and

4. For such other and further relief as the court deems just and proper.

DATE: 2-2-22

CROWSON LAW GROUP
*Attorneys for Plaintiff*

By: _____
Morgan White
Alaska Bar No. 0605009

CROWSON LAW GROUP

637 A STREET
ANCHORAGE, ALASKA
99501

907-677-9393

850 S. ROBERTS ST.
SUITE #500
WASILLA, ALASKA
99654